IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DRIVER OPPORTUNITY PARTNERS I, LP., | : | |
| Plaintiff, | : : : | |
| v. | : : | Civ. No. 22-1694 |
| REPUBLIC FIRST BANCORP, INC., Defendant. | : : | |

# O R D E R

**AND NOW**, this 4th day of May, 2022, upon consideration of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. No. 3), it is hereby **ORDERED** that Defendant shall respond to Plaintiff's Motion (Doc. No. 3) **no later than** Monday, May 9, 2022 at 12:00 p.m.

                                           **AND IT IS SO ORDERED.**

                                           */s/ Paul S. Diamond*
                                           Paul S. Diamond, J.