# Stevens & Lee

111 N. Sixth Street
P.O. Box 679
Reading, PA  19603
(610) 478-2000
www.stevenslee.com

T:  (610) 478-2086
F:  (610) 988-0812
stacey.scrivani@stevenslee.com

May 6, 2022

**VIA EMAIL:**
The Honorable Paul S. Diamond
United States District Court
Eastern District of Pennsylvania
14614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Chambers_of_Judge_Paul_S_Diamond@paed.uscourts.gov

**Re: Driver Opportunity Partners I, LP, v. Republic First Bancorp, Inc.,
Case No. 2:22-cv-01694-PD**

Dear Judge Diamond:

      We are counsel for Republic First Bancorp, Inc. ("FRBK") in the above matter.  FRBK's Board of Directors (the "Board") consists of eight directors, and is currently evenly divided regarding how to respond to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (D.I. 3) (the "Motion").  Thus, as counsel for FRBK, I am currently not authorized to respond on FRBK's behalf in accordance with the Court's May 4, 2022 Order.

      As an alternative, the FRBK Board has authorized me to inquire as to whether, in lieu of an FRBK response, the Court will permit submissions from counsel for each of the two board groups setting forth each group's responses to the Motion.  Of course, those submissions would be made in accordance with the Court's Orders.

      Respectfully submitted,

STEVENS & LEE

/s/  *Stacey A. Scrivani*

Stacey A. Scrivani

SASC:ssc

cc:    Thomas V. Ayala, Esq.
          Ryan M. Moore, Esq.
          Nicholas H. Pennington, Esq.

Allentown • Bergen County • Bala Cynwyd • Cleveland • Fort Lauderdale • Harrisburg • Lancaster • New York
Philadelphia • Princeton • Reading • Rochester • Scranton • Valley Forge • Wilkes-Barre • Wilmington
A PROFESSIONAL CORPORATION

SL1 1784767v1 030750.00024