# Exhibit 1

# Moore, Ryan

| | |
|---|---|
| **From:** | Scrivani, Stacey A. <stacey.scrivani@stevenslee.com> |
| **Sent:** | Friday, May 6, 2022 3:14 PM |
| **To:** | Casey Stewart; Pennington, Nicholas; Ayala, Thomas V.; Moore, Ryan |
| **Cc:** | Scrivani, Stacey A. |
| **Subject:** | RE: 22-cv-1694 |

Ms. Stewart:

Thank you.  We have reviewed it and are prepared to comply on Monday.  Have a nice weekend.

**Stacey A. Scrivani**
**Stevens & Lee**
stacey.scrivani@stevenslee.com

| | |
|---|---|
| 919 N. Market Street, Suite 1300 | 111 N. Sixth Street |
| Wilmington, DE 19801 | Reading, PA 19601 |
| T: 302-425-3306 | T: 610-478-2086 |
| F: 610-988-0812 | F: 610-988-0812 |

**From:** Casey Stewart <Casey_Stewart@paed.uscourts.gov>
**Sent:** Friday, May 6, 2022 3:13 PM
**To:** Scrivani, Stacey A. <stacey.scrivani@stevenslee.com>; Pennington, Nicholas <nicholas.pennington@stevenslee.com>; tayala@klehr.com; rmoore@klehr.com
**Subject:** 22-cv-1694

Good afternoon,

Earlier today, Judge Diamond issued an Order in response to Defense Counsel's letter.  The Order is docketed as ECF No. 13 in civil matter 22-1694.

Best,

Casey Stewart

**Casey Stewart | Law Clerk**

1

**Chambers of the Honorable Paul S. Diamond**
**United States District Court**

**for the Eastern District of Pennsylvania**

James A. Byrne U.S. Courthouse

601 Market Street

Philadelphia, PA 19106
(267) 299-7732 (Direct Phone)

Casey_Stewart@paed.uscourts.gov

https://www.paed.uscourts.gov

This email may contain privileged and confidential information and is solely for the use of the sender's intended recipient(s). If you received this email in error, please notify the sender by reply email and delete all copies and attachments. Thank you.

**CAUTION:** External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.