# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Driver Opportunity Partners I LP,  *Plaintiff*,  v.  Republic First Bancorp, Inc.,  *Defendant*. | No. 2:22-cv-01694-PD  **NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Driver Opportunity Partners I LP ("Driver") hereby appeals to the United States Court of Appeals for the Third Circuit from the Order of this Court denying Driver's Motion for Temporary Restraining Order and Preliminary Injunction, entered in the above-captioned action on May 13, 2022.

Respectfully submitted,

Dated: May 18, 2022

*/s/ Ryan M. Moore*
Thomas V. Ayala (PA I.D. 93130)
Ryan M. Moore (PA I.D. 314821)
KLEHR HARRISON
HARVEY BRANZBURG LLP
1835 Market Street, Suite 1400
Philadelphia, PA  19103
ph (215) 569-4596
fax (215) 568-6603
tayala@klehr.com
rmoore@klehr.com

*Counsel for Plaintiff Driver Opportunity Partners I LP*

## CERTIFICATE OF FILING

I hereby certify that the foregoing Notice of Appeal was filed with the Clerk of the United States District Court for the Eastern District of Pennsylvania, using the Court's electronic filing system, within the time required by Federal Rule of Appellate Procedure 4.

Dated:  May 18, 2022                                     */s/ Ryan M. Moore*
                                                                          Ryan M. Moore, Esq.